

COM.

v.

**ADORNO–MARTINEZ, M.**

**3467 EDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–15–CR–0005089–2005 (Chester)

Affirmed

**GREENBERG, E.**

v.

**HARVEY, PENNINGTON, LTD.**

**3801 EDA 2016**

Superior Court of Pennsylvania.

9/19/2017

2015–08865
(Chester)
Affirmed

**IN RE: Eva G. SELLERS**

**306 EDA 2017**

Superior Court of Pennsylvania.

09/19/2017

2015–X 3184 (Principal)
(Montgomery)
Affirmed in Part / Quashed in Part

**IN RE: Eva G. SELLERS**

**329 EDA 2017**

Superior Court of Pennsylvania.

09/19/2017

2016–X–2320
(Montgomery)
Affirmed in Part / Quashed in Part

**THMED LLC**

v.

**ADVANCED URGENT CARE**

**624 EDA 2017**

Superior Court of Pennsylvania.

09/19/2017

2015–31947 (Montgomery)
Appeal Dismissed

COM.

v.

**MAGONDU, F.**

**729 EDA 2017**

Superior Court of Pennsylvania.

09/19/2017

CP–09–CR–0005079–2008 (Bucks)

Affirmed—Application to Withdraw as Counsel Granted

